**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7294**

MALCOLM MUHAMMAD,

                  Plaintiff – Appellant,

     and

ERIC L. REID,

                  Plaintiff,

     v.

CHAPLAIN JACKSON,

                  Defendant – Appellee,

     and

EDDIE PEARSON, individually and official capacity; R.
WALLACE, individually and official capacity; WENDY S.
HOBBS, individually and official capacity,

                  Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Liam O'Grady, District
Judge.  (1:13-cv-00339-LO-TCB)

Submitted:  February 23, 2016    Decided:  February 25, 2016

Before WILKINSON, GREGORY, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

———————————

Malcolm Muhammad, Appellant Pro Se. Nancy Hull Davidson, Assistant Attorney General, Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. Reid, No. 1:13-cv-00339-LO-TCB (E.D. Va. Apr. 24 & July 31, 2013; Aug. 22, 2014; June 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED